23024. LYNCH *v.* MAYOR AND COUNCIL OF COLLEGE PARK *et al.*

STEPHENS, J. This case is controlled by the decision in *College Park Land Co.* v. *Mayor &c., of College Park,* ante.

*Judgment reversed. Jenkins, P. J., and Sutton, J., concur.*

DECIDED FEBRUARY 16, 1934. REHEARING DENIED MARCH 3, 1934.